FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0099

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0099

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MATTHEW MORGAN MAYS,

      Defendant and Appellant.

_____

ORDER

_____

Upon consideration of Appellant's motion for extension of time to file Appellant's opening brief and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time until March 21, 2024, to file Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 20 2024